IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESTER DOBBEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 12 CV 9223 |
| vs. ) | |
| ) | Honorable Robert M. Dow, Jr. |
| ) | |
| IMHOPTEP CARTER, *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**To:** All Counsel of Record

Please take notice that on Thursday, August 24, 2017 at 9:15 a.m., counsel for Plaintiff shall appear before the Honorable Judge Robert Dow in his usual courtroom, at 219 South Dearborn in Chicago, Illinois, and present Plaintiff Lester Dobbey's Unopposed Motion for Extension of Time To File.

Respectfully Submitted,

/s/ Heather L. Donnell
*One of Plaintiff's Attorneys*

Heather L. Donnell
Sarah Grady
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Heather Lewis Donnell, hereby certify that I served the foregoing Notice of Motion on all counsel of record via the Court's CM / ECF filing system on August 18, 2017.

/s/ Heather L. Donnell
*One of Plaintiff's Attorneys*